IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| LIGHTING SCIENCE GROUP CORP., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CA No. | 19-798 |
| | ) | | |
| MLS CO., LTD., LEDVANCE GMBH, & | ) | | |
| LEDVANCE LLC | ) | JURY TRIAL DEMANDED | |
| | ) | | |
| Defendants. | ) | | |

## ORDER GRANTING PLAINTIFF LIGHTING SCIENCE GROUP CORP.'S MOTION FOR LEAVE TO FILE COMPAINT AND RELATED PAPERS UNDER SEAL

Before the Court is Plaintiff Lighting Science Group Corp.'s Motion for Leave to Complaint and related papers under seal. After considering the Motion, the Court finds that the Motion should be GRANTED. It is hereby **ORDERED** that Plaintiff may file its Complaint and related papers under seal.

DATED: May 2, 2019

_____
United States District Judge

{01444367;v1 }