IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-798-LPS |
| | ) |
| MLS CO., LTD., LEDVANCE GMBH, and | ) |
| LEDVANCE LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, Defendant LEDVANCE LLC ("LEDVANCE") has requested an extension until July 15, 2019, to respond to the Complaint in this action;

WHEREAS, LEDVANCE intends to move to stay the above-referenced action within the time period provided by and pursuant to 28 U.S.C. § 1659; and

WHEREAS, based on LEDVANCE's intention to seek such a stay, Plaintiff does not oppose Defendants' extension request.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for LEDVANCE to answer, move, or otherwise respond to Plaintiff's Complaint (D.I. 1) shall be extended from Monday, July 1, 2019, through and including Monday, July 15, 2019.

| | |
|---|---|
| */s/ Andrew C. Mayo* <br> John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> jday@ashbygeddes.com <br> amayo@ashbygeddes.com <br> *Attorneys for Plaintiff* | */s/ John W. Shaw* <br> John W. Shaw (No. 3362) <br> David M. Fry (No. 5486) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> dfry@shawkeller.com <br> *Attorneys for Defendants* |

**SO ORDERED**, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE